**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6849**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CARLOS GERMAN LEMA NOGALES, a/k/a Carlos Felix Torres De La Villa, a/k/a Carlos German Lema-Nogales, a/k/a German Lema, a/k/a Mark Ruiz Alvarez, a/k/a Oberto Rubi, a/k/a Charlie,

        Defendant - Appellant.

**No. 18-6852**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CARLOS GERMAN LEMA NOGALES, a/k/a Carlos Felix Torres De La Villa, a/k/a Carlos German Lema-Nogales, a/k/a German Lema, a/k/a Mark Ruiz Alvarez, a/k/a Oberto Rubi, a/k/a Charlie,

        Defendant - Appellant.

Appeals from the United States District Court for the District of South Carolina, at Greenville.  J. Michelle Childs, District Judge.  (6:12-cr-00328-JMC-2; 6:15-cv-03044-JMC)

Submitted:  December 31, 2018                    Decided:  January 9, 2019

_____

Before MOTZ and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Carlos German Lema Nogales, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos German Lema Nogales seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion and denying his motion to reconsider the court's denial of his motion for discovery and expansion of the record. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012).[*] A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see Miller-El v. Cockrell*, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. *Slack*, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Nogales has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny leave to proceed in forma pauperis and deny as moot Nogales' motion for transcripts at the Government's expense. We dispense with oral

---

[*] Because it was filed more than 28 days after the entry of the district court's order, we construe Nogales' motion to reconsider as filed pursuant to Fed. R. Civ. P. 60(b). A certificate of appealability is required for the order to be appealable. *See Reid v. Angelone*, 369 F.3d 363, 369 (4th Cir. 2004), *abrogated in part by United States v. McRae*, 793 F.3d 392, 400 & n.7 (4th Cir. 2015).

argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*